IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**EOD**
02/15/2012

IN RE:
MARY ANN WHITE xxx-xx-3797                    CASE NUMBER    11-10170
9655 RIGGS ST
BEAUMONT, TX 77707

DEBTOR(S)

### ORDER GRANTING CHAPTER 13 TRUSTEE'S MOTION TO RECONSIDER THE ALLOWANCE OF PROOF OF CLAIM, MODIFY DEBTORS CONFIRMED PLAN (TO THE EXTENT APPLICABLE) ~~AND CERTIFICATE OF SERVICE~~

On this day, the Court considered the Motion to Reconsider the Allowance of Proof of Claim, Modify Debtor(s)' Confirmed Plan (to the Extent Applicable) and Certificate of Service as filed by John J. Talton, Chapter 13 Trustee (the "Movant") in the above-referenced case.  The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-eight (28) day negative notice language, pursuant to LBR 3015(h), which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-eight (28) days or the Motion would be deemed by the Court to be unopposed.  The Court finds that no objection or other written response to the Motion has been timely filed by any party, and that no creditor is affected by the proposed action but for the creditor named herein who was served.  Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED,** that the Chapter 13 Trustee's Motion to Reconsider the Allowance of Proof of Claim, Modify Debtors Confirmed Plan (to the Extent Applicable) and Certificate of Service filed by John J. Talton on 1/12/12 is hereby **GRANTED** and the claim of **CITIMORTGAGE, INC, Court Claim No. 5-1 AND Trustee Claim No. 3** is hereby allowed in the amount of the principal and interest, if any, heretofore paid by the Trustee to said Creditor and that **the terms of the confirmed plan is hereby modified to provide no further payments to said Creditor.**

All remaining terms of the last Confirmation Order herein entered as modified, if applicable, by an approved Trustee's Recommendation Concerning Claims, order on objections to claims orders, and/or other Court order remain unaltered except as set forth herein.

Signed on 02/15/2012



THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE